PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Ancelmo Dawsey      Cr.: 24-00132-001
     PACTS #: 8371981

Name of Judicial Officer:    THE HONORABLE DAVID C. GUADERRAMA
                              SENIOR UNITED STATES DISTRICT JUDGE, WD/TX
                              (Reassigned to the Hon. Robert B. Kugler on March 4, 2024)

Date of Original Sentence: 09/28/2023

Original Offense:    Count One: Transporting Aliens for Financial Gain, 8 U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(a)(1)(B)(i)

Original Sentence: 2 months imprisonment, 3 years supervised release

Special Conditions: Location Monitoring Program, Special Assessment, Reentry Center-Non-Residential, Mental Health Treatment

Type of Supervision: Supervised Release           Date Supervision Commenced: 12/20/2023

## INTERNATIONAL TRAVEL REQUEST

Mr. Ancelmo Dawsey is requesting permission to travel internationally to Panama City, Panama, to attend the funeral services for his brother. According to Mr. Dawsey, his brother was tragically murdered in a case of mistaken identity on June 26, 2024. He intends to travel to Panama City, Panama, with his husband and his mother from July 4, 2024, to July 20, 2024.

Since the commencement of supervised release on December 20, 2023, Mr. Dawsey has taken significant steps in his reintegration back into the community; specifically, he secured full-time employment, working numerous hours as an Uber and Lyft driver, reporting as instructed, testing negative for all controlled substances, completing his 4-month location monitoring condition, and maintaining a stable residence. With respect to his outstanding financial obligations, the Court ordered Mr. Dawsey to satisfy a special assessment in the amount of $100.00, which he has fulfilled. The undersigned officer has determined that the purpose of the trip outweighs any identifiable risk, and because Mr. Dawsey is generally compliant with the conditions of his supervised release, the U.S. Probation Office has no objection to the travel request.

                                                    Respectfully submitted,

                                                    SUSAN M. SMALLEY, Chief
                                                    U.S. Probation Officer

                                           By:    CHARLES E. PULLETT III
                                                    U.S. Probation Officer

Prob 12A – page 2
Ancelmo Dawsey

/ cep

APPROVED:

_____     7/1/24
ANTHONY M. STEVENS                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Travel Approved (as recommended by the Probation Office)

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

_____
Signature of Judicial Officer

July 8, 2024
_____
Date